UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:02-00034 |
| | ) | JUDGE CAMPBELL |
| TEDRICK DEMUMBRUM | ) | |

## ORDER

Pending before the Court is the Defendant's Motion For Reconsideration Of The District Court's Order Denying Defendant's Motion For Clarification Of Judgment And Sentence (Docket No. 279), filed by the Defendant pro se. Through the Motion, the Defendant again requests that the Court clarify the Judgment in this case to indicate that the Defendant is to receive credit for the time spent in federal custody before being sentenced in this case.

The Court has fully considered the arguments set forth in Defendant's Motion For Reconsideration, and is not persuaded that its prior order (Docket No. 278) was in error. Accordingly, Defendant's Motion For Reconsideration is DENIED.

It is so ORDERED.

*[signature]*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE