UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:02-00034 |
| | ) | JUDGE CAMPBELL |
| TEDRICK DEMUMBRUM | ) | |

ORDER

Pending before the Court is the Defendant's Motion To Extend Time For Filing Supplemental Brief (Docket No. 285). Through the Motion, the Defendant requests an extension of time, until December 8, 2014, in which to file a supplemental brief in support of his request for a sentence reduction pursuant to U.S.S.G Amendment 782.

The Motion is GRANTED. Accordingly, the Defendant shall have until December 8, 2014 in which to file a supplemental brief. The Government shall file any response on or before December 29, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE